IN THE UNITED STATES DISTRICT COURT
FORTHE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | | |
|---|---|---|
| NATHAN WILLIAMS, AIS #260111, | ) | |
| | ) | |
| Petitioner, | ) | |
| | ) | |
| vs. | ) | CASE NO. 1:13-cv-006-WHA |
| | ) | |
| GARY HETZEL, et al., | ) | (WO) |
| | ) | |
| Respondents. | ) | |

## ORDER

This case is before the court on the Recommendation of the Magistrate Judge (Doc. #17), entered on May 19, 2015, and the Petitioner's Objections (Doc. #18), filed on June 1, 2015.

Following an independent evaluation and *de novo* review of the file in this case, the court finds the objections to be without merit, and they are hereby OVERRULED. The court ADOPTS the Recommendation of the Magistrate Judge, and it is hereby

ORDERED that the petition for writ of habeas corpus is DENIED with prejudice, and this case is DISMISSED because (1) to the extent Williams's claims are viewed solely as challenges to the state court's denial of his *in forma pauperis* application and not as challenges to the validity of his convictions, Williams fails to present a claim within the scope of federal habeas review; and (2) to the extent that Williams's petition is considered as an attempt to challenge his 2007 Houston County convictions for first-degree rape and first-degree sexual abuse, it is time-barred under the one-year limitations period in 28 U.S.C. § 2244(d).

DONE this 15th day of June, 2015.


/s/ W. Harold Albritton
W. HAROLD ALBRITTON
SENIOR UNITED STATES DISTRICT JUDGE